# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0127
LT Case No. 2023-011349-CIDL

_____

ADA LUZ PINEIRO,

Appellant,

v.

PUBLIX SUPER MARKETS, INC.,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Allison Morat, of The Brownlee Law Firm, P.A., Orlando, for Appellant.

Diane G. Dewolf and Nancy M. Wallace, of Akerman LLP, Tallahassee, for Appellee.

July 21, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and LAMBERT and MACIVER, JJ., concur

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————